Timothy Davis Rogers, Esq.
Rogers Legal Group, PLC
P.O. Box 182
Queen Creek, Arizona 85142
State Bar No. 025722
Timothy.rogerslg@gmail.com
(480) 414-3470

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br><br>**Nathan Brooks Manuelito,**<br><br>　　　　　　　Defendant. | CR-09-08073-PHX-SPL<br><br>**SECOND MOTION TO CONTINUE FINAL DISPOSITION HEARING**<br><br>(Defendant in custody) |

　　　COMES NOW the defendant, Nathan Brooks Manuelito, by and through counsel undersigned, and hereby respectfully moves the Court to continue the Final Disposition Hearing currently set for March 30, 2020, for 60 days for the reason that counsel was just recently appointed in this case on February 24, 2020 and needs more time to further prepare for disposition in this case.

　　　Counsel has contacted AUSA Anthony Church in this matter and he does not object to this request for a continuance.

　　　Excludable delay under will occur as a result of this motion or of an order based thereon.

///

RESPECTFULLY SUBMITTED this 10th day of March, 2020.

ROGERS LEGAL GROUP, PLC


 s/Timothy D. Rogers
Timothy D. Rogers, Esq.
Attorney for Defendant

Copy of the foregoing filed on March 10, 2020, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

UNITED STATES ATTORNEY'S OFFICE
Jillian Besancon
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408


By: s/Timothy D. Rogers